UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

PAUL denDULK,

      Plaintiff,

vs.                                                                        Case No. 1:16-cv-00373

METROPOLITAN LIFE INSURANCE COMPANY,                  Hon. Robert J. Jonker

      Defendant.

| TROY W. HANEY (P48614) | DAVID M. DAVIS (P24006) |
|---|---|
| Attorney for Plaintiff | Attorney for Defendant |
| Haney Law Offices, P.C. | Hardy, Lewis & Page, P.C. |
| 330 East Fulton Street | 401 South Old Woodward, #450 |
| Grand Rapids, MI 49503 | Birmingham, MI 48009 |
| (616)235-2300 | (248)203-0230 |

## PLAINTIFF'S BRIEF IN SUPPORT OF MOTION TO REOPEN CASE, ESTABLISH A BRIEFING SCHEDULE AND A DATE FOR ORAL ARGUMENT

For the reasons set forth in Plaintiff's Motion to Reopen Case, Establish a Briefing Schedule and a Date for Oral Argument, and in accordance with this Honorable Court's Order entered on August 29, 2016, Plaintiff respectfully requests that this matter be reopened and placed on the Court's docket for a Rule 16 Scheduling Conference and/or further relief as this Honorable Court may deem appropriate.

      Respectfully submitted,

Dated: June 29, 2017                          */s/ Troy W. Haney*
                                          Troy W. Haney (P48614)
                                          Attorney for Plaintiff
                                          Haney Law Offices, P.C.
                                          330 East Fulton Street
                                          Grand Rapids, MI 49503